IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-C-0505-S |
| REMON BELL, | ) |
| Defendant, | ) |
| and | ) |
| BADGER BUS, | ) |
| Garnishee Defendant. | ) |

## ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter because defendant is no longer employed by Garnishee Defendant,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this 15th day of May, 2009.

BY THE COURT:

*[signature]*
BARBARA B. CRABB
United States District Judge