DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUN 2 2 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-C-0505-S |
| REMON BELL, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Remon Bell serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before July 3, 2009.

Dated this 22d day of June, 2009.

BY THE COURT:

Barbara B Crabb
~~STEPHEN L. CROCKER~~
~~United States Magistrate Judge~~
District Judge